# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| LONNIE MATTHEWS, | : No. 101 EM 2020 |
| Petitioner | : |
| v. | : |
| PROSPECT CROZER, LLC., D/B/A CROZER KEYSTONE HEALTH SYSTEM, CROZER KEYSTONE HEALTH SYSTEM, PROSPECT MEDICAL HOLDINGS, INC., CKHS, INC., PROSPECT HEALTH ACCESS NETWORK, D/B/A CROZER-KEYSTONE HEALTH NETWORK D/B/A FAMILY PHYSICIANS AT GARRETT ROAD, IVS LANDSCAPING, LTD., AND ANTHONY'S LANDSCAPING AND TREE SERVICE CO., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of March, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.